UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOHN D. JOHNSON and
LISA R. JOHNSON,

       Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC

       Defendant.

CIVIL ACTION NO. 4:17-CV-74-JHM-HBB

*ELECTRONICALLY FILED*

## NOTICE OF SETTLEMENT

Defendant Nationstar Mortgage LLC, by counsel, advises the Court that it has agreed to settlement with Plaintiffs, John D. Johnson and Lisa R. Johnson. Defendant anticipates the parties will file a Stipulation of Dismissal within 30 days.

       /s/Neal Bailen
       Neal Bailen
       STITES & HARBISON PLLC
       STITES & HARBISON PLLC
       400 West Market Street, Suite 1800
       Louisville, KY  40202-3352
       Telephone: (502) 587-3400
       Email: nbailen@stites.com
       COUNSEL FOR DEFENDANT,
       NATIONSTAR MORTGAGE LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2018, a copy of the foregoing document was filed electronically through the ECF system. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      Russ Wilkey
      WILKEY & WILSON, P.S.C.
      111 West Second Street
      Owensboro, KY 42303
      FCWilkey@wilkeylaw.com
      *Counsel for Plaintiffs*

      /s/ Neal Bailen
      Neal Bailen

95414:1