UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JOHN D. JOHNSON and
LISA R. JOHNSON,

   Plaintiffs,

v.

NATIONSTAR MORTGAGE LLC

   Defendant.

CIVIL ACTION NO. 4:17-CV-74-JHM-HBB

*ELECTRONICALLY FILED*

## AGREED ORDER DISMISSING PLAINTIFFS' CLAIMS

  By agreement of the Plaintiffs, John D. Johnson and Lisa R. Johnson ("Plaintiffs"), and Defendant, Nationstar Mortgage LLC, the Plaintiffs hereby agree to dismiss with prejudice their claims against Nationstar Mortgage LLC and the Court having reviewed the record and being otherwise sufficient advised, IT IS HEREBY ORDERED that Plaintiffs' claims against Nationstar Mortgage LLC are hereby dismissed with prejudice.  Each party shall bear its own costs and attorney fees.

*[signature: Joseph H. McKinley]*

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

June 8, 2018

HAVE SEEN AND AGREED:

*/s/Russ Wilkey (w/permission)*
Russ Wilkey
WILKEY & WILSON, P.S.C.
111 West Second Street
Owensboro, KY 42303
Telephone:  (270) 685-6000
Fax:  (270) 683-2229
Email:  FCWilkey@wilkeylaw.com
*Counsel for Plaintiffs*

*/s/ Neal F. Bailen*
Neal F. Bailen
Stites & Harbison, PLLC - Jeffersonville
323 E. Court Avenue
P.O. Box 946
Jeffersonville, IN 47130
Telephone:  (812) 218-1703
Fax: (812) 284-5519
Email: nbailen@stites.com
*Counsel for Defendant, Nationstar Mortgage LLC*

95552:1